In the Matter of the Estate of ROSE G. STERN, Deceased. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor of ROSE G. STERN, Deceased, Respondent; OSWALD A. SCHLEGEL, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *ante*, p. 662.]

■

In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK et al., as Trustees of Trusts Established by ERNEST J. WILE, Respondents. GEORGE E. WILE, Appellant; EDWIN KESSLER et al., Respondents.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See 281 App. Div. 1029.]

■

In the Matter of the Probate of the Will of SAMUEL J. RECKFORD, Deceased. In the Matter of the Application for a Compulsory Accounting in the Estate of FLORENCE L. RECKENDORFER, Deceased. JANET RECKFORD et al., as Executors of JOSEPH S. RECKFORD, Deceased, et al., Appellants; RICHARD F. LIMBURG, as Executor of SAMUEL J. RECKFORD, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *ante*, p. 674.]

■

MIRIAM B. ROSENFIELD v. EDWARD M. ROSENFIELD.— Motion denied. No authority exists in this court to grant an allowance under section 1169 of the Civil Practice Act in the first instance. Present — Peck, P. J., Cohn, Callahan and Bergan, JJ.; Callahan, J., concurs in the denial, without comment.

■

(July 9, 1953.)

■

(Republish.)
In the Matter of the General Assignment for the Benefit of Creditors of DORLAND, INC., Assignor, to THOMAS E. ZODA et al., Assignees, Respondents. ERNEST DAVIDS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. The examination is to proceed on July 15, 1953, at the hour and place fixed in the order appealed from, and the order of this court, entered July 7, 1953, vacated. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *ante*, pp. 664, 759.]